UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:  DANNY MICHAEL WHITE         *           BK# 05-17479
        PAMELA STRADLEY WHITE       *           Chapter 7


**MOTION BY DEBTORS TO APPROVE AGREED ORDER
BETWEEN DEBTORS AND TRUSTEE**

Come now the Debtors, through counsel, and pursuant to E.D. Tenn. LBR 9013-1 moves the Court to enter the agreed order between Debtors and Trustee, for the self-evident reasons set forth in the accompanying agreed order.

Respectfully Submitted:

KENNETH C. RANNICK, P.C.

/s/ Kenneth C. Rannick
Kenneth C. Rannick, BPR# 11106
4416 Brainerd Road
Chattanooga, TN 37411
(423) 624-4002 telephone
(423) 624-0509 facsimile
rannick@lawyerchattanooga.com email


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Motion by Danny Michael White to Approve Agreed Order has been served upon the parties listed below electronically or by placing the same in the United States Mail with sufficient postage thereupon to carry it to its destination, dated August 26, 2008.

KENNETH C. RANNICK, P.C.

/s/ Kenneth C. Rannick
Kenneth C. Rannick, BPR# 11106


Douglas R. Johnson, Trustee

William Sonnenburg, U.S. Trustee

Danny & Pamela White
4320 Harbour Cove Court
Alpharetta, GA 30005