**The order below is approved based on the representation in the agreed order that the debtors paid a prepetition creditor during the bankruptcy, that the trustee also paid that same creditor who returned the funds, and the trustee is reimbursing the debtors with those returned funds.**

**SO ORDERED.**

**SIGNED this 02 day of September, 2008.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
          John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: DANNY MICHAEL WHITE | * | | BK# 05-17479 |
| PAMELA STRADLEY WHITE | * | | |
| Debtors | * | | Chapter 7 |

### AGREED ORDER

      It appearing that the Debtors paid off their student loan to Citibank with a payment of $27,510.42 on June 1, 2007, and it appearing that the Trustee in this case made a disbursement of $3,608.12 to Citibank on this same loan through the bankruptcy estate, which has now been returned by Citibank to the Trustee, upon agreement of the parties, it is

      ORDERED that the Trustee shall release the refunded money to the Debtors in care of their counsel, less the Trustee's expenses and fees associated with the motion filed in the case, including the filing fee to reopen the case.

      ENTER.

Approved for Entry:
KENNETH C. RANNICK, P.C.


/s/ Kenneth C. Rannick
Kenneth C. Rannick, #11106
4416 Brainerd Road
Chattanooga, TN 37411

Telephone 423/624-4002
Facsimile 423/624-0509
E-mail rannick@lawyerchattanooga.com

/s/ Douglas Johnson by L. Whaley w/permission
Douglas R. Johnson, Trustee
Johnson, Mulrooney & Coleman, PLLC
428 McCallie Avenue
Chattanooga, TN 37402

###